# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

HONORABLE GENECE E. BRINKLEY,

    Petitioner

      v.

HONORABLE LISETTE SHIRDAN-HARRIS
AND HONORABLE LUCRETIA CLEMONS,

    Respondents

    :  No. 99 EM 2022

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of June, 2023, the Application for Leave to File Original Process and the Application for Leave to File Petitioner's Reply are GRANTED. The "Petition and Complaint for Writ of Mandamus, Request for Extraordinary Jurisdiction, and Emergency Request for Declaratory and Injunctive Relief" is DENIED, WITHOUT PREJUDICE to Petitioner to pursue her allegations, including those relative to the November 17, 2022 order entered by the Court of Common Pleas of Philadelphia County, in the course of any administrative complaint filed with the Administrative Office of Pennsylvania Courts. *See In re Domitrovich*, 257 A.3d 702 (Pa. 2021).

Justice Dougherty did not participate in the consideration or decision of this matter.